UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELSHONE MAJORS, as Personal Representative
of the Estate of DAVID EUGENE MAJORS,
Deceased,                                              No. 07-11330

       Plaintiff,                              District Judge Nancy G. Edmunds

v.                                                     Magistrate Judge R. Steven Whalen

CITY OF DETROIT, ET.AL.,

       Defendants.
_____/

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

      This case was referred to me for a settlement conference, to be held after the close of discovery. By stipulated order, discovery closed on June 2, 2008 [Docket #21]. On March 26, 2006, the Court filed an Amended Notice of Settlement Conference [Docket #22], setting a date of June 11, 2008, at 10:00 a.m. The notice also directed the parties to file ex-parte mediation summaries no later than June 6, 2008. Neither party filed summaries, and neither party appeared at the appointed date and time. My Judicial Assistant telephoned the attorneys for both parties, and was informed that neither Plaintiff's counsel nor Defendants' counsel were aware of the scheduled conference, and neither had the settlement conference "on their calendars."

      With the implementation of CM/ECF, the days of attorneys claiming that they did not receive notice are over. The Amended Notice of Settlement Conference was clearly

docketed as entry #22. If the attorneys in this case were not made aware of the date, the fault lies with them, and they need to review and modify their own internal systems to assure that this does not happen again, and that the Court is not further inconvenienced.

The settlement conference is rescheduled to **JULY 15, 2008, at 10:00 a.m.**, to be held in the chambers of the Hon. R. Steven Whalen, 673 United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.

Parties must exchange a written itemization of damages and settlement demands and offers before the conference, and deliver copies to my chambers no later than **JULY 11, 2008**. In addition, the parties are to submit ex-parte mediation summaries to my chambers no later than **JULY 11, 2008**. These summaries should discuss the parties' objectives in this litigation, the issues requiring resolution, and any impediments to settlement.

**\*DO NOT E-FILE EX-PARTE MEDIATION SUMMARIES OR SETTLEMENT DEMANDS; forward directly to Magistrate Judge Whalen's Chambers.**

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: June 11, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 11, 2008.

                                        S/Gina Wilson
                                        Judicial Assistant